PER CURIAM.
Affirmed. Tucker v. Government Employees Insurance Co., 288 So.2d 238 (Fla. 1973); Wade v. Clower, 94 Fla. 817, 114 So. 548 (1927); Hartford Fire Insurance Co. v. Spreen, 343 So.2d 649, 652 (Fla. 3d DCA 1977); State Farm Mutual Automobile Insurance Co. v. Anderson, 332 So.2d 623 (Fla. 4th DCA 1976); Moore v. Connecticut General Life Insurance Co., 277 So.2d 839, 842 (Fla. 3d DCA 1973); Sellers v. Government Employees Insurance Co., 214 So.2d 879 (Fla. 1st DCA 1968). Cf. Marks v. Travelers Indemnity Co., 339 So.2d 1123 (Fla. 3d DCA 1976); Travelers Insurance Co. v. Pac, 337 So.2d 397 (Fla. 2d DCA 1976).